UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>          Plaintiffs,<br><br>       v.<br><br>INTERNATIONAL SEMILLAS, LLC,<br><br>          Defendant. | Case No. 16-mc-80265-VC<br><br>**ORDER TO SHOW CAUSE** |

    International Semillas is ordered to show cause why it should not be held in contempt and/or sanctioned for failing to properly respond to the subpoenas.  A hearing on the order to show cause will take place on Wednesday, March 1, 2017 at 8:30 AM in Courtroom Four.  Jose Pellicer and Javier Cano must appear to testify at this hearing, and they will be subject to cross-examination.

    In addition, International Semillas is ordered to produce Pellicer, Cano and David Garcia Sinova for deposition.  The depositions are ordered to take place in the Bay Area around the time of the hearing on the order to show cause.  Each deposition may last two days.

    **IT IS SO ORDERED.**

Dated: February 8, 2017

_____
VINCE CHHABRIA
United States District Judge